FILED
CLERK, U.S. DISTRICT COURT
APR 13 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ISMAEL FELIX MEDINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL TIRE NORTH AMERICA, INC., <br><br> Defendant. | Case No. CV 04-10466 ER <br><br> ORDER DENYING MOTION TO DISMISS |

The Defendant has filed a motion to dismiss the Plaintiffs' third cause of action for misrepresentation, as well as their prayer for punitive damages. The matter came on for hearing on April 11, 2005, the Honorable Edward Rafeedie, presiding. For the reasons stated in open court, and based on the record before it, the Court hereby DENIES the motion to dismiss.

//
//
//
//
//
//

DOCKETED ON CM
APR 13 2005
BY ___ 009

1  IT IS SO ORDERED.

2  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United

3  States mail or by telefax or by email, copies of this Order on counsel for the

4  parties in this matter.

5  Dated: APR 13 2005

            _____
            EDWARD RAFEEDIE
            Senior United States District Judge

- 2 -